

Court Of Appeals
Fourth Court of Appeals District of Texas
San Antonio

★  ★  ★                                                    ★  ★  ★

## MEMORANDUM OPINION

No. 04-09-00012-CV

**IN RE PARADIGM OIL, INC.**, et al.,
Original Mandamus Proceeding[1]

PER CURIAM

Sitting:       Sandee Bryan Marion, Justice
               Rebecca Simmons, Justice
               Marialynn Barnard, Justice

Delivered and filed:  January 14, 2009

PETITION FOR WRIT OF MANDAMUS DENIED

On January 7, 2009, relators filed a petition for writ of mandamus. This court has determined that relators are not entitled to the relief sought. Therefore, the petition is DENIED. TEX. R. APP. P. 52.8(a).

Relators shall pay all costs incurred in this proceeding.

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2003-CI-14549, styled *Retamco Operating, Inc. v. Paradigm Oil, Inc., et al.*, filed in the 131st Judicial District Court, Bexar County, Texas.